**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7802**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

WILLIAM TERRENCE CROSS, a/k/a Red,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:03-cr-00010-RBS-1)

_____

Submitted:  February 20, 2014       Decided:  February 26, 2014

_____

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Cross appeals the district court's margin order denying his Fed. R. Civ. P. 60(b) motion[*] for reconsideration of the district court's 2003 order denying his motion to dismiss criminal charges for lack of jurisdiction. We have reviewed the record in this appeal and conclude that the district court did not commit reversible error. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. Oct. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court order that Cross sought reconsideration of was entered in his criminal case, Cross attempted to use a civil rule to effect reconsideration.